

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-29,351-12

### EX PARTE JIM HERBERT HAMILTON, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 876248-A IN THE 262ND DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of aggravated sexual assault and sentenced to life imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Hamilton v. State*, No. 14-02-00072-CR (Tex. App.—Houston [14th Dist.] Aug. 19, 2003) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he is actually innocent, the State presented false evidence and failed to disclose exculpatory evidence, and trial and appellate counsel were ineffective. Applicant has alleged facts that, if true, might entitle him to relief. *Ex parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996); *Ex parte Weinstein*, 421 S.W.3d 656 (Tex. Crim. App. 2014); *Brady v. Maryland*, 373

U.S. 83 (1963); *Strickland v. Washington*, 466 U.S. 668 (1984). The trial court entered a timely order designating issues but recommended that we dismiss this application because Applicant's memorandum of law exceeded fifty pages. *See* TEX. R. APP. P. 73.1(d). After the trial court made this recommendation, Applicant requested that his memorandum of law be struck. Accordingly, we believe that this application now complies with Rule 73.1(d). We remand this application to the trial court to complete its evidentiary investigation, as set out in its order designating issues, and to make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: February 24, 2021
Do not publish